IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERMAINE MATHIS,
     Petitioner,

vs.                                  Case No.:  3:14cv47/RV/EMT

WARDEN, et al.,
     Respondents.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 19, 2014 (doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 23), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The second amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 8) is **DISMISSED for lack of jurisdiction**.

3.     The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 31st day of July, 2014.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**